UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CINDY DILL**,　　　　　　　　　　　　　　　Case No. 1:14-cv-01946-KI

　　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　　v.

**CAROLYN COLVIN, Acting
Commissioner of Social Security**,

　　　　　　Defendant.

　　James S. Coon
　　Swanson, Thomas, Coon & Newton
　　The Thomas Mann Building
　　820 SW 2nd Ave., Ste. 200
　　Portland, OR 97204

　　　　　Attorney for Plaintiff

　　Billy J. Williams
　　Acting United States Attorney
　　District of Oregon
　　Janice E. Hebert
　　Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Ste. 600
Portland, OR 97201-2902

L. Jamala Edwards
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this  23rd   day of December, 2015.


          /s/ Garr M. King
        Garr M. King
        United States District Judge